IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASSPORT HEALTH, INC., a Maryland corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>TRAVEL MED, INC., a California corporation and GINA FLAHARTY, an individual and citizen of the State of California<br><br>        Defendants.<br>_____<br>TRAVEL MED, INC., a California corporation and GINA FLAHARTY, an individual and citizen of the State of California,<br><br>        Counter-Claimants,<br><br>    v.<br><br>PASSPORT HEALTH, INC., a Maryland corporation,<br><br>        Counter-Claim Defendants.<br>_____ | 2:09-cv-01753-GEB-JFM<br><br>ORDER |

      Defendants Travel Med, Inc. ("Travel Med") and Gina Flaharty ("Flaharty") (collectively, "Defendants") state in a footnote in their trial brief that they "hereby abandon the Counterclaim based on Cal. Bus. & Professions Code § 17200 and withdraw their request for a jury for the calculation of damages in this action." (ECF No. 72.) Therefore, this counterclaim is dismissed.

Further, if the parties waive their right to a jury trial, each party shall file a document in which this is stated no later than 4:00 p.m. on April 4, 2011, and shall submit proposed prevailing party findings of fact and conclusions of law on the damages issues no later than seven (7) court days before the trial commencement date.

Dated:  April 1, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge